**No. 42064.**—Protests 972220–G, etc., of Butler Bros. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the harmonicas in question are similar to those the subject of Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained.

**No. 42065.**—Protest 939050–G of Wm. Shaland (New York).

Opinion by SULLIVAN, J. It was stipulated that the harmonicas in question are similar to those the subject of Abstract 40586. The claim at 40 percent un;der paragraph 1541 was therefore sustained.

**No. 42066.**—Protests 945508–G, etc., of Louis Greenberg & Sons, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the harmonicas in question are similar to those the subject of Abstract 40586. The claim at 40 percent under paragraph 1541 (a) was therefore sustained.

**No. 42067.**—Protest 985427–G of Bacharach Industrial Instrument Co. (Pittsburgh).

Opinion by SULLIVAN, J. Ardometers similar to those the subject of *Bacharach* v. *United States* (C. D. 149) were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 42068.**—Protest 969954–G of A. C. Brode (Los Angeles).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Zeiss* v. *United States* (T. D. 49263) the merchandise in question was held dutiable as telescopes at 45 percent under paragraph 228 (b) as claimed.